**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
FILED

APR 2 3 2026

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                          INDICTMENT NO. 6:26-cr-70-SCM
                                            **21 U.S.C. § 841(a)(1)**

**CODY DEATON**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 13, 2025, in Laurel County, in the Eastern District of Kentucky,

**CODY DEATON**

did knowingly and intentionally knowingly possess with the intent to distribute 5 grams or

more of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C.

§ 841(a)(1).

**A TRUE BILL**

███████████████████

**FOREPERSON**

**JASON D. PARMAN**
**FIRST ASSISTANT UNITED STATES ATTORNEY**

**W. PEARCE NESBITT**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

**PLUS:**     Mandatory special assessment of $100.

**PLUS:**     Restitution, if applicable.